1010

[No. 17457-0-II.   Division Two.   April 12, 1996.]

ROBERT A. FREUND, *Appellant*, v. CLARK COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-2-00373-0, Barbara D. Johnson, J., entered
August 5, 1993. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Seinfeld, C.J., and Wiggins,
J. Pro Tem.

[Nos. 17169-4-II; 17480-4-II.   Division Two.      April 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
BELCHER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
RITCHIE, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, Nos. 92-1-00860-6, 92-1-00861-4, Daniel J.
Berschauer, J., entered May 21, 1993, September 1, 1993.
*Affirmed* by unpublished opinion per Fleisher, J. Pro Tem.,
concurred in by Seinfeld, C.J., and Bridgewater, J.